Petition for Writ of Mandamus Dismissed in Part and Denied in Part and
Memorandum Opinion filed December 18, 2003









Petition for Writ of Mandamus Dismissed
in Part and Denied in Part and Memorandum Opinion filed December 18, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01349-CV

____________

 

IN RE LEE NICHOLS MCNAB MILLER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On December 2, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  Relator  seeks relief from
the actions of two judges who presided in the 179th District Court, two judges
who presided in the 184th District Court, and Anumerous unknown enforcement agencies
nationwide.@

This court is empowered to issue writs of mandamus against
judges of district courts, but may not issue writs against other parties unless
necessary to enforce our jurisdiction.  Tex. Gov=t Code Ann. ' 22.221(a)-(b) (Vernon Supp.
2003).  Because relator
does not allege that the unspecified law enforcement agencies are interfering
with this court=s jurisdiction, we must dismiss the proceeding, as it relates
to these parties, for lack of jurisdiction.  









As to the judges of the 179th and 184th District Courts, relator seeks to enforce expunction of certain records that
relator believes could be used against him in future
proceedings.  Relator
has not met his burden of presenting a sufficient record to establish his
entitlement to mandamus relief.  See Walker
v. Packer, 827 S.W.2d 833, 837 (Tex. 1992).  Accordingly, as the petition concerns judges
of the 179th and 184th District Courts, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition
Dismissed in Part and Denied in Part and Memorandum Opinion filed December 18,
2003.

Panel consists of
Justices Yates, Hudson, and Fowler.